Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

B21 (Official Form 21) (12/12)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Norma Lozano ,
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years]

Debtor
Address  434 Kingsbury Ave
          Aurora, IL 60505

Case No. _____

Chapter  13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
2729

Employer Tax-Identification (EIN) No(s).(if any):

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 16 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))**

1. Name of Debtor (Last, First, Middle):  Lozano Norma
(Check the appropriate box and, if applicable, provide the required information.)

   ☑ Debtor has a Social-Security Number and it is: 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
       (If more than one, state all.)
   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
       (If more than one, state all.)
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

   ☐ Joint Debtor has a Social-Security Number and it is: _____
       (If more than one, state all.)
   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN) and it is: _____
       (If more than one, state all.)
   ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X  _Norma Lozano_____        06-15-15
          Signature of Debtor                       Date

X  _____        _____
          Signature of Joint Debtor                 Date

---

*<u>Joint debtors must provide information for both spouses.</u>
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.